IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY BARNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-591-RAH-KFP ) |
| TALLAPOOSA COUNTY BOARD OF EDUCATION, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon review of the Joint Stipulation of Dismissal (Doc. 24), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is ORDERED that this action is DISMISSED with prejudice on the terms agreed to and set out by the parties. The Clerk of the Court is DIRECTED to close this case.

DONE, on this the 30th day of August 2022.

                                          /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE